UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGELA CLAIR, BONNIE MCDONALD, and MILEY-ISABELLA OIEN on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PETER THOMAS ROTH, LLC; PETER THOMAS ROTH GLOBAL, LLC; PETER THOMAS ROTH LABS LLC; JUNE JACOBS LABS, LLC; JUNE JACOBS LABORATORIES, LLC; PETER THOMAS ROTH; SEPHORA USA, INC.,<br><br>Defendants. | 20-cv-1220 (PKC)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties, Plaintiffs Angela Clair, Bonnie McDonald, and Miley-Isabella Oien ("Plaintiffs") and Defendants Peter Thomas Roth, LLC, Peter Thomas Roth Global LLC, Peter Thomas Roth Labs LLC, June Jacobs Labs, LLC, June Jacobs Laboratories, LLC, Peter Thomas Roth, and Sephora USA, Inc. (collectively, "Defendants"), submit this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiffs and Defendants (collectively the "Parties") stipulate that all of Plaintiffs' individual claims brought in this litigation are fully resolved and hereby dismissed with prejudice. The Parties further stipulate that the voluntary dismissal of this action is without prejudice as to the claims of unnamed putative class members. The Parties also stipulate that the Court shall not award attorneys' fees or costs to any Party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 18, 2020

*s/Stephen M. Raab*
s/Stephen M. Raab

Stephen M. Raab
**GUTRIDE SAFIER LLP**
113 Cherry Street, #55150
Seattle, WA 98140-2205
Tel: (415) 639-9090 x109
stephen@gutridesafier.com

Anthony J. Patek (*pro hac vice*)
**GUTRIDE SAFIER LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 639-9090
anthony@gutridesafier.com

*Attorneys for Plaintiffs*

Dated: December 18, 2020

Courtney R. Rockett
Brad M. Scheller
John P. Sefick
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
The Chrysler Center
666 Third Avenue
New York, NY 10017
Tel.: (212) 935-3000
crockett@mintz.com
bmscheller@mintz.com
jpsefick@mintz.com

Daniel J. Herling (*pro hac vice*)
Nicole V. Ozeran (*pro hac vice*)
**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415-432-6000
djherling@mintz.com
nvozeran@mintz.com

*Attorneys for Defendants*